UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP G. STEPHENSON,<br><br>            Plaintiff,<br><br>            v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>            Defendant. | Case No. ED CV 05-227-PJW<br><br>ORDER GRANTING PLAINTIFF'S<br>PETITION FOR ATTORNEY'S FEES |

    The Court GRANTS Plaintiff's Petition for Attorney's Fees. Counsel is awarded $10,553.00 in gross fees, less the $3,000 the Court has previously approved for counsel, for a net fee of $7,553.

    IT IS SO ORDERED.

    DATED:   January 15, 2009.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-Soc Sec\STEPHENSON, P 227\attyfees.wpd